and Kathy Ashcroft. Let me get to the record in the court so I know when my case was up. The question is, is it up now? It's up now and you're proceeding. Okay. May it please the court. The district court dismissed Mr. Reyes' 1983 cases, two 1983 cases from 2017 and 2018, because it found that he'd misrepresented the state of his finances to the court in his inform-a-pop arrest petition. This was error. Evidence will not support anything more than mistake. And the government's arguments are incorrect. The government also wants the court to apply a 2020 case, Robertson v. French, to the district court's decision retroactively, which is improper, not supported or even permitted by the court's own precedent. Mr. Reyes, in 2017, when he filed his first case, disclosed income for approximately four months in gifts of $120. He didn't disclose gifts of $1,500 from June to September 2017.